## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Thomas Peter Wentland, Beneficiary** <br> Pre - 1933 Private American National <br> Private Citizen of the United States <br><br> **Petitioner** <br><br> vs. <br><br> **JOHN AND JANE DOES 1-99** <br><br><br><br> Respondents | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Bill in Exclusive Equity** <br><br> **Original Jurisdiction** <br><br> **Petition for Declaratory Relief** <br> **Enforcements of Trusts** <br><br><br> Ex parte Sealed Proceeding <br><br> Regarding Proprietary Evidence <br> Evidentiary Hearing in Chambers <br> Regarding Proprietary Evidence <br><br> CASE # 2:21-CV-938-JES NPM <br><br> Private, Special, Urgent, Privileged <br><br> Restricted, Confidential <br> Excluding the Public and Press <br> Extra and Special Term |

==================================================================

### Bill In Equity

"Equity delights in equality."

### 1. The Direction

To the **Timothy J. Corrigan**, Chief Judge & Chancellor of the District Court

of the United States for the Middle District of Florida

### 2. The Introduction

Humbly complaining show unto your Honor, Thomas Peter Wentland

8

**Your orator Thomas Peter Wentland,** is a Pre - March 9, 1933 Private American National Citizen of the United States privately residing in Exclusive English / American Equity within a non-military occupied private estate, County of Lee, P.O. Box 62904, Fort Myers, Florida UM Non-domestic, zip near [33906].

**Respondents are unknown JOHN AND JANE DOES 1-99**, who may have an equitable interest in the Name and Estate of **THOMAS PETER WENTLAND**

### 3. The Premises

- Petitioner, is a Pre - March 9, 1933 Private American National Citizen of the United States, evidenced by the authenticated "Declaration of Status of Thomas Peter Wentland," American National", hereby petitions your Excellency to proceed with these matters requesting this Bill In Equity be treated as "private and sealed", ex parte, in Chambers, without the public, without publication of the press, excluding spectators and "enemies" of this Court. **In order to protect the interests of all parties**, to not commingle the rights of a Pre - March 9, 1933 Private American National Citizen of the United States with the Privileges of "enemies" and to secure Petitioner's private, Article III, civilian due process beneficial rights and that the public may not be alarmed, Petitioner shall show cause by the following facts:

**HISTORY OF THE CASE**

**STATEMENT OF FACTS**

9

- Your orator, Petitioner; was born in Rockford, Illinois on September 18, 1956, and therefore, became a union state citizen of the Illinois Union State: wherein he is now domiciled in Lee County, Florida, pursuant to the Constitution for the United States of America.

- As a matter of public record, Petitioner is alive, and neither deceased, presumed to be deceased, nor absent from his estate.

- As matter of public record, Petitioner's name is "Thomas Peter Wentland" spelled in upper and lower case letters pursuant to the rules of English grammar. He is known by no other name (ALL CAPS / *nom de guerre*) and no other spelling of said name or derivative thereof.

- As a matter of public records, Petitioner is one of "We The People" of the United States of America, an Heir of the Posterity and Beneficiary of the civilian government established by the Constitution for the United States of America.

- On September 27, 1956, the "CERTIFICATE OF Live Birth" was filed in Winnebago County, Illinois, registering Petitioner's live, natural birth. This is evidence of his Illinois Union State Citizenship status. **Further, 9 days after** Petitioner's live birth by operation of law of contract, the quasi- corporate / artificial person "THOMAS PETER WENTLAND" was created by the STATE OF ILLINOIS, this Sole Corporation was granted into the Private Constructive Cestui Que Trust (PCT) thus the Petitioner became the quasi - Surety / volunteer quasi - trustee for the **cestui que trust (presumed decedent legal estate trust).** , said, when the STATE OF ILLINOIS created the "CERTIFICATE OF BIRTH RECORD," said artificial person became an "enemy" and became a Corporate

10

Sole **(registered property) and was seized under the** "Trading With the Enemy Act;" **to be held in trust** by the President of the United States in his capacity as Commander in Chief having inherited a state of national emergency. Said national emergency had been declared via Proclamation 2039 **(Exhibit K)** on March 6, 1933 by President Franklin D. Roosevelt in his capacity as Commander in chief, under the authority of an un-repealed, multi-amended World War I Statute known as the "Trading With the Enemy Act".

- Further on March 9, 1933, Congress passed the "Emergency Banking Relief Act" (12 USC 95b) which "approved and confirmed" said emergency proclamation of the President / Commander in Chief and his Secretary of the Treasury. Every proclamation thereafter was "approved and confirmed," which included Proclamation 2040, issued March 9, 1933, continuing said state of national emergency declared by President Roosevelt via Proclamation 2040. **(Exhibit K)**

- Further, on March 9, 1933, said "Emergency Banking and Relief Act" (12 USC 95a) amended subdivision (b) of section 5 of the Act of October 6, 1917 "Trading With the Enemy Act."

- This change made **every "person within the United States or any place subject to the jurisdiction thereof",** an enemy under the amended "Trading with the Enemy Act." Said "person" under section 5(b) of the "Trading with the Enemy Act" as amended by the "Emergency Banking and Relief Act **"was defined as an individual, partnership, association or corporation.** Therefore, the artificial ens legis person, (Corporate Sole) "**THOMAS PETER WENTLAND,**" that was created by the STATE OF ILLINOIS was deemed under the jurisdiction thereof.

11

The Petitioner originally serving as voluntary surety / voluntary quasi-trustee, was now deemed an "enemy" under the "Trading With the Enemy Act" as amended by the "Emergency Banking and Relief Act." Hence, Petitioner, **was held as property in trust** by the Commander in Chief and deemed one Corporate Sole entity with said artificial person, was an "enemy." Blacks Law 5th Ed. definition of Corporate Sole states, "a legal entity consisting of a single incorporated office, occupied by a natural person.

- Further, on April 25, 1938, the Supreme Court of the United States, abolished "federal general common law" which included civilian due process of law historically secured by the Fifth Amendment on a federal level and by the 14th Amendment on a State level. This procedural, **jurisdictional void** was filled with a military due process of law authorized by Section 17 of the "Trading with the Enemy Act" (1917) as amended by the "Emergency Banking and Relief Act" of (1933). Every "enemy" was now subject to the military jurisdiction of the "United States" under military occupation as directed by the Commander in Chief. Every "enemy" defined as a "person" under the Trading With the Enemy Act, as amended by the Emergency Banking Relief Act of March 89, 1933, could be given a military due process of law with flags that are in fact military colors on display in every federal district court and state court of the "United States" defined to be under military occupation by the Trading With the Enemy Act as amended by the Emergency Banking Relief Act.

- Therefore, Petitioner, as volunteer surety / volunteer quasi-trustee for the artificial person, statutorily-created, ens legis, "THOMAS PETER WENTLAND," was no

12

Case 2:21-cv-00938-JES-NPM Document 1 Filed 12/29/21 Page 6 of 17 PageID 6

longer one of "We the People" and "beneficiary" of the trust known as the "Constitution for the United States of America."

- Petitioner unknowingly had voluntarily submitted to an altered citizenship status, deemed an "enemy" and jurisdiction of the "United States" under a temporary national emergency via Proclamation 2040 (March 6, 1933) and the "Trading with the Enemy Act" (50 App. 5(b)) as amended by the "Emergency Banking & Relief Act" 12 USC 95a. (March 9, 1933).

- **Realizing the error of his ways, Petitioner, with intent and purpose, executed a "Release With Consideration-***Nunc Pro Tunc Ab Initio*__"__ (to be reviewed in Chambers) pursuant to state law and the maxims of the law of contracts, abandoning all property interests in said state-created, federally - protected, artificial person ens legis "THOMAS PETER WENTLAND." Petitioner discharged all agents of said military governments, federal and state, from their military duties, and, by operation of law; Petitioner was restored to his former birth status of a "union state citizen of the United States."**

- Petitioner is no longer voluntary surety / voluntary quasi-trustee for said artificial person / quasi-corporate sole created by the STATE OF ILLINOIS. **Upon said restoration of organic, Constitutional, birthright, Article IV, Section 2, citizenship status**, Petitioner is a Pre-March 9, 1933 Private American National Citizen of the United States and citizen of the state wherein he privately domiciles, said private, civilian citizenship status being protected by the Fifth Amendment to the Constitution for the United States of America evidenced by public and private, proprietary documents only to be seen by the Chancellor in

13

- Chambers. **Respondents by their silence, agree to this fact.**

- Petitioner has no express or implied public contract with either the federal or state governments that may have altered or modified said first class, constitutional citizenship status of Petitioner thereby reducing said political status in substance to that of a second class citizen being in substance volunteer surety / quasi-trustee for a quasi- corporate / artificial person by operation of law or otherwise. **Respondents by their silence, agree to this fact.**

- Therefore; Petitioner is a member of the sovereign, American political community known as "We the People" having ordained and established the "Constitution for the United States of America" to secure the blessings of Liberty for themselves and their Posterity of which Petitioner has a beneficial interest.

- **Therefore, Petitioner is a Beneficiary, the Federal Government the Trustees**, of the great Grantor Trust of American Liberty known as the "Constitution for the United States of America." Concerning the federal government being a trustee and "We the People" being beneficiaries, **the Supreme Court stated:**

> *Whatever it acquires, it acquires for the benefit of the people of the several States who created it. It is their Trustee acting for them and charged with the duty of promoting the interests of the whole people of the Union in the exercise of the powers specifically granted. Scott v. Sanford, 60 U.S. 393 at 448.*

**The Court then concluded:**

> "But as we before said, it [the territory composing the Louisiana purchase] was acquired by the General government as the representative and **trustee of the People of the United States**, and it must be therefore held in that character for their common and equal benefit; **for it was the people of the several states**, acting through their agent and representative, the Federal Government, who in fact acquired the Territory in question, and the Government holds it for their common use until it shall be associated with the other States as a member of the Union". *Scott v. Sanford, 448.*

### 4. The Confederating Part

### Equity delights in Equality

**Petitioner is the Beneficiary, the Federal Government Trustee**, for six (6) express grantor trusts:

1) the 1789 Constitutional trust
2) the March 9, 1933 national emergency trust
3) the County Certificate of Live Birth public registration Trust
4) the STATE OF ILLINOIS CERTIFICATE OF BIRTH RECORD called the Private Constructive cetui que trust
5) the Private Business Trust THOMAS PETER WENTLAND
6) the Social Security trust THOMAS PETER WENTLAND

- **Petitioner is the Heir and Sole Beneficiary, Government the Trustees**, of express grantor 1789 Trust known as the Constitution for the United States of America. **Respondents, by their silence, agree to these facts.**

- **Petitioner is the Heir and Sole Beneficiary, Government the Trustees**, of the express grantor trust created by THE COUNTY OF WINNEBAGO upon the **registration of CERTIFICATE OF LIVE BIRTH** of the Petitioner, evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers. Petitioner's biological mother, Dorothy Mae Kisting (Wentland), the **original Grantor** of that Winnebago County registration trust **evidenced by the Statement of Testator / Testatrix Intent**, coupled with the Hospital Record of Live Birth **endorsement by both biological parents that, "It is our Intent & Purpose that baby boy be named Thomas Peter Wentland, blood Heir & equitable owner of his estate & our estate**, including all rents, titles and interest." **(Exhibit A)** Respondents, by their silence, agree to these facts.

- **Petitioner is the Heir and Sole Beneficiary, Government the Trustees**, of express grantor trust created by the STATE OF ILLINOIS upon the registration of

15

the CERTIFICATION OF BIRTH RECORD of THOMAS PETER WENTLAND evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers. **(Exhibit D) Respondents, by their silence, agree to these facts.**

- **Petitioner is the Heir and Sole Beneficiary**, Government the Trustees, of express grantor National Emergency Trust "THOMAS PETER WENTLAND," evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers. **(Exhibit E) copy of 1973 Congressional Record. Respondents, by their silence, agree to these facts.**

- **Petitioner is the Heir and Sole Beneficiary**, Government the Trustees, of express grantor Private Business Trust, "THOMAS PETER WENTLAND" evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers **(Exhibit F). Respondents, by their silence, agree to these facts.**

- **Petitioner is the Heir and Sole Beneficiary**, Government the Trustees, of express grantor SOCIAL SECURITY TRUST FUND, **(Exhibit G) Government the Trustees, Respondents, by their silence, agree to these facts.**

- **Petitioner received an Adult Name change Decree on June 12, 2019, thus merging the two trusts; merger of the Trust to the All CAPS NAME and the Trust to the Upper / Lower case name. Petitioner now holds The Superior right by Nature: the Equitable and Legal Title to the Name and the Estate.  The Decree has been Exemplified, Accepted by Grantee Absolute and placed On Special Deposit with the County of Williamson, IL and placed**

16

**On Special Deposit** in the Thomas Peter Wentland Living Estate Trust. **This superior CLAIM by nature** (Counter-Deed) **supersedes and extinguishes any and all former legal rights, title and interest by characteristic** held by the Commander in chief in the name of the quasi-Corporate Sole **THOMAS PETER WENTLAND. (Exhibit H) Respondents, by their silence, agree to these facts.**

- Petitioner as a matter of public record has sent the Territorial Government to be **entered into the Congressional Record a "Writ of Entry into the Union and Exodus from the Territory"** evidencing the fact that Aboriginal of the *de jure* native born American people do not fall within the boundaries of State nor Federal Jurisdiction by virtue of the Declaration of Independence of 1776. **(Exhibit I)**

- **Petitioner as a matter of public record has recorded an Affidavit of Rightful Entitlement Holder of Estate, Paramount Claim of the Life and Estate of Thomas Peter Wentland, Notice of Autochthonous Status, Acknowledgement, Acceptance and Deed of Re-Conveyance, Notice of Emancipation, Witness Affidavit, Record of Names Affidavit, and Act of Expatriation, Domicile, Declaration and Allegiance. (Exhibit J)**

STATEMENT OF CLAIM IN EQUITY

*"Equity will not suffer a wrong to be without a remedy".*

- Respondent requested a Petition that he be granted an Order that stated he was the Heir, Sole Beneficiary and Equitable Owner by Nature of the Name and Estate of

17

"THOMAS PETER WENTLAND" but was denied in the County of Williamson, Illinois in 2018. Thus, Petitioner was denied adequate remedy At Law.

- Therefore, Petitioner, claim in Exclusive Equity is that he is the Heir, Sole Beneficiary and equitable Owner by nature of the Name and Estate of THOMAS PETER WENTLAND."

### 5. The Charging Part

- Petitioner, is seeking acknowledgment of his birthright, core, civilian rights as beneficiary of said 1789 Constitutional Trust. Petitioner's failure to achieve adequate remedy At Law threatens to deprive Complainant's beneficial interests secured by the following Constitutional amendments:

    a. **First Amendment:** guaranteeing to every Pre-1933 Private American National Citizen freedom of conscience/freedom of worship securing Complainant's biblical duty to "**submit…to the king, as supreme**" and "**honor the king**" (1 Peter 2:13-17) **the king** being the sovereign "We the People" of the United States as they spoke by their Constitution of the United States, the supreme law of the land in opposition to the current "Trading With the Enemy Act" (50 USC App, 5 (b)) as amended by the "Emergency Banking Relief Act" (12 USC 95a).

    b. **Fifth Amendment:** guaranteeing to every Pre-1933 Private American National Citizen a civilian due process of law on a federal level to the exclusion of a military due process of law now imposed on all defendants by every federal court pursuant to Section 17 of the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act;"

18

c. **Thirteenth Amendment:** guaranteeing that no Pre-1933 Private American National Citizen shall be subject to involuntary servitude within the United States, **which involuntary servitude includes involuntary surety / involuntary quasi-trustee for an artificial person**, said artificial "person" as defined by the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act"; of March 9, 1933.

d. **Fourteenth Amendment: guaranteeing** to every Pre - 1933 Private American National citizen **a civilian due process of law** on a state level to the exclusion of military due process of law now imposed on all defendants by every state court pursuant to the "Trading With the Enemy Act" as amended by the "Emergency Banking and Relief Act";

### 6. The Jurisdiction Clause

In tender consideration whereof, and forasmuch as your orator, Complainant invokes the jurisdiction of this Court to sit in its judicial power of Exclusive English / American Equity conferred by Article III, Section 2, Clause 1 for the Constitution for the United States of America. The Inherent Equity, includes Private, Substantive, Equity Maxims, unalienable doctrine principles, Judicial Power and Core Private Rights.

This Equity realm is a practicing unincorporated private orthodox American Citizen of the United States and a national; of one of the union states, of a judicial nature, privately residing and privately domiciling within a non-military occupied private area not subject to the jurisdiction of the military municipal "laws of the United States" mode, process and procedure. Your orator states further states that adequate remedy was unavailable At Law (Denial of his previous request for a Decree as Heir / Sole Beneficiary of the Name

19

and Estate of THOMAS PETER WENTLAND) which is contrary to the good faith and conscience in the realm of Equity.

***Ortiz v. U.S 585 Supp 2018.***   **The Court ruled, the following:**

A) The "People" are not district citizens.

B) The "People" are not subject to Territorial Jurisdiction.

C) The "People" are aligned with the beneficiaries of the Gov't of the United States.

D) The "People" are exclusive only to Birthright Civilian Judicial Power of Art III.

E) The "People" are exclusive to Birthright civilian due process.

F) The "People" are exclusively Union State Citizen Nationals of the several states.

G) The "People" are exclusively private civilian citizens of the United States.

## 7. The Interrogatory Part

- To the end, therefore that Thomas Peter Wentland when discovered may upon his several and respective corporal oaths, full, true, direct and perfect answers make to the best of his respective knowledge, information and belief, to all and singular the matters and things hereinbefore stated and charged, as fully and particularly and distinctly interrogated; and that not only to the best of his respective knowledge and remembrance, but also to the best of his several and respective information, hearsay and belief, answer and set forth a full, true, fair and accurate account of each and every item of property, including money, accounts, or other evidence of debt by him received as administrator, and further that he set forth and discover on his several and respective oaths since their inception, and to the best of his respective knowledge, information, remembrance, hearsay and belief,

20

and account item by item, and date by date, of each and every payment and disbursement made by him, and to whom, and for what, on account of said suretyship.

- And your orator further shows, sets forth and charges that said Thomas Peter Wentland has pending a Bill in Equity in your Honor's Court against:
- JOHN AND JANE DOES 1-99

### [8. The Prayer for Relief]

Wherefore, Petitioner being without adequate remedy in any public court at law sitting in temporary emergency war powers military jurisdiction, and only with equitable remedy in private Chambers of a Federal District and/or Circuit Court sitting in Exclusive English / American Equity where such matters relating to the constitutional private citizenship status and rights thereof, in conjunction with private, express / grantor trusts, are properly cognizable for the *de jure*, Pre-March 9, 1933 Private American National Citizen of the United States protected by the Fifth Amendment to the Constitution for the United States, your orator requests this Court remedy said request for Decree by enforcing said trusts on behalf of both the Petitioner / Beneficiary and Respondents.

- Petitioner requests the Court order give legal notice by publication in the County where Petitioner is domiciled, to any and all persons with an equal or higher equitable claim concerning the Name and Estate of 'THOMAS PETER WENTLAND," and that said persons appear and show cause, if any they have, why the prayer for relief of the Petitioner should not be granted.

- Providing declaratory relief concerning the rights, privileges and immunities, as well as the duties and obligations between the parties; specifically requesting a Decree that states Complainant Thomas Peter Wentland is the Guardian of the Instrument and Heir / Sole Beneficiary and Equitable Owner by Nature of the Name and the Estate THOMAS PETER WENTLAND.

- Providing any other general and/or special relief, declaratory or otherwise, as the nature of this case shall require, which relief the Court may deem just, proper, and right according to Equity and good conscience.

## REQUEST FOR PROCESS

And that Petitioner requests the Court give legal notice to Respondents to appear or answer by oath for any claim.

## Maxims of Equity:

1. Equity sees that as done what ought to be done.
2. Equity will not suffer a wrong to be without a remedy.
3. Equity delights in equality.
4. One who seeks equity must do equity.
5. Equity aids the vigilant, not those who slumber on their rights.
6. Equity imputes an intent to fulfill an obligation.
7. Equity acts *in personam* or on persons.
8. Equity abhors a forfeiture.
9. Equity does not require an idle gesture.
10. He who comes into equity must come with clean hands.
11. Equity delights to do justice and not by halves.
12. Equity will take jurisdiction to avoid a multiplicity of suits.
13. Equity follows the law.
14. Equity will not aid a volunteer.
15. Where equities are equal, the law will prevail.
16. Between equal equities the first in order of time shall prevail.
17. Equity will not complete an imperfect gift.
18. Equity will not allow a statute to be used as a cloak for fraud.
19. Equity will not allow a trust to fail for want of a trustee.
20. Equity regards the beneficiary as the true owner.

## RULES OF THE COURT

<u>A Treatise on Suits in Chancery</u> (1970) by Henry Gibson,

Vol. I, pp. 1-57, Sections 1-64,

Vol. II, pp. 950-966, Sections 1189-1205

to the exclusion of the Federal Rules of Civil Procedure (1938).

## TABLE OF AUTHORITIES

1. Perry, Jairus Wafre, A Treatise on the Law of Trusts and Trustees (Boston: Little, Brown and Company, 1882) Vols. I-II.

2. Story, Joseph, Commentaries on Equity Pleadings and the Incidents there of According to the Practice of the Courts of Equity of England and America (Boston: Little, Brown and Company, 1892).

3. Pomeroy, Jr., John Norton, Pomeroy's Equity Jurisprudence (San Francisco: Bancroft-Whitney Co. 1905) Vols. I-IV.

4. Gibson, Henry R., A Treatise on Suits in Chancery (Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907.

5. Lewin, Frederick Albert, A Practical Treatise on the Law of Trusts Boston: Charles H. Edson Co., 1888) Vols. 1-11, English Edition.

6. Phelps, Charles E., Judicial Equity Abridged for the Use of Students (Baltimore: M. Curlander, 1894).

7. Library of American Law and Practice; "Equity" Equity procedure (American Technical Society, 1919) p. 64, sect 81.

23

*"Equity will not suffer a wrong to be without a remedy"*.

Respectfully submitted,

*[signature: Thomas Peter Wentland]*

Thomas Peter Wentland: Petitioner
Grantor / Trustee of the Thomas Peter Wentland
Living Estate Trust
a Pre-1933 Private American National /
    Citizen of the United States
Private Citizen of the Illinois State
Private Resident in Exclusive Equity within a
    Non-military Occupied Private Estate
    County of Lee
    Without the Jurisdiction of the United States
    Under Military occupation since 1933
All Rights reserved without Prejudice

---

**United States of America**     )
**State of Florida**     ) s.a.
**County of Lee**     )

Before me, on this day Thomas Peter Wentland, personally appeared, Complainant above named, who makes oath under the Maxims of Equity, declares that all statements set forth in the foregoing Bill in Equity with attachments, based upon his own knowledge and research, are true so far as stated upon information, he believes then to be true, and expects to be able to prove them before the Defendants and Chancellor in Chambers.

Subscribed and Affirmed before me this 28th day of December, 2021
**SEAL**

Tiffany Jasmine Maher
State of Florida
Notary   My Commission Expires 09/04/2023
Commission No. GG 910165

*[signature]* Tiffany Jasmine Maher
Public

My commission expires: 09/04/2023

24